# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **RAYMOND D. MCCRAY** | : |
| | : |
| Debtor | : |
| | : |
| | :    BK. NO. 17-16101 |
| | :    CHAPTER 13 |
| | : |
| | :    11 U.S.C. |

## CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 27th day of August, 2018, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay on the following individuals:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106

Rebecca A. Solarz, Esquire
KML Law Group., P.C.
701 Market Street, Ste. 5000
Philadelphia, PA 19106-1532

DATE: August 27, 2018          ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400