# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **RAYMOND D. MCCRAY, SR.** | : |
| | : |
| Debtor | : |
| | : |
| | :    BK. NO. 17-16101 |
| | :    CHAPTER 13 |
| | : |
| | :    11 U.S.C. |

## CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 28th day of September, 2018 I did serve a copy of the Motion to Modify Chapter 13 Plan Post-Confirmation on the following individuals:

William C. Miller, Esquire         All Creditors
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


DATE: September 28, 2018      ATTORNEYS FOR DEBTOR

                                            /s/ Ashley M. Sullivan
                                            ASHLEY M. SULLIVAN, ESQUIRE
                                            FREEDMAN AND LORRY, P.C.
                                            1601 Market Street, Ste. 1500
                                            Philadelphia, PA 19103
                                            (215)925-8400