**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Raymond D. McCray Sr.<br>         Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY)<br>         Movant<br>    v.<br>Raymond D. McCray Sr.    Debtor<br>    and<br>William C. Miller Esq.<br>         Trustee | Chapter 13<br><br>NO. 17-16101 AMC |

## ORDER

AND NOW, this  25th  day of  March  , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 14, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1625 East Hunting Park Avenue a/k/a 1625 Hunting Park Avenue  Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.

cc: See attached service list

Raymond D. McCray Sr.
1625 East Hunting Park Avenue
Philadelphia, PA 19124

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Ashley M. Sullivan
Freedman and Lorry, P.C.
1601 Market Street, Suite 1500
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532