United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 17-16101-amc
Raymond D. McCray, Sr.                                         Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: YvetteWD          Page 1 of 2             Date Rcvd: May 01, 2019
                             Form ID: pdf900         Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             +Raymond D. McCray, Sr.,    1625 E. Hunting Park Avenue,    Philadelphia, PA 19124-4419
13980406       +PECO-Payment Processing,    P.O. Box 37629,    Philadelphia, PA 19101-0629
13980407       +The Children's Hospital of Philadelphia,    P.O. Box 8500,    Philadelphia, PA 19178-8500
13980408       +US National Bank Association,    C/O Crystal Esapnol, Esquire,    701 Market Street, Ste. 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:45      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:44:06
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2019 03:44:39      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:45      City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13980403       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:42:24
                Ashley Funding Services, LLC,    Resurgent Capital,    P.O. Box 10587,
                Greenville, SC 29603-0587
14040061        E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:43:14
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13980404        E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:45      City of Philadelphia,
                C/O Law Department,    1515 Arch Street, 14th Floor,    Philadelphia, PA 19107
14059816        E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:45      City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13980405       +E-mail/Text: documentfiling@lciinc.com May 02 2019 03:43:39      Comcast,    P.O. Box 3002,
                Southeastern, PA 19398-3002
14037989       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:42:45
                PYOD, LLC its successors and assigns as assignee,    of Wells Fargo Financial Acceptance,,
                Inc.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14050942       +E-mail/Text: blegal@phfa.org May 02 2019 03:44:25      U.S. Bank National Association,
                c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13980409       +E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:44      Water Revenue Bureau,
                1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                                TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              ASHLEY M. SULLIVAN    on behalf of Debtor Raymond D. McCray, Sr. asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: YvetteWD              Page 2 of 2              Date Rcvd: May 01, 2019
                                  Form ID: pdf900             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAYMOND D MCCRAY SR | Chapter 13 |
| Debtor | Bankruptcy No. 17-16101-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __30th__ day of __April__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST   STE 1500
PHILADELPHIA, PA 19103-


Debtor:
RAYMOND D MCCRAY SR

1625 E. HUNTING PARK AVENUE

PHILADELPHIA, PA 19124